**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

<u>**CIVIL MINUTES -- GENERAL**</u>

| | |
|---|---|
| Case No.   **CV 22-5563-JFW(ASx)** | Date:  April 5, 2023 |

Title: Michael Stokes -v- Avatar Club Los Angeles, Inc.

---

**PRESENT:**

      HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

| | |
|---|---|
| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
| None | None |

**PROCEEDINGS (IN CHAMBERS):**  ORDER SHOWING CAUSE WHY COUNSEL SHOULD NOT BE SANCTIONED FOR FAILURE TO CONDUCT SETTLEMENT CONFERENCE

     In the Court's Scheduling and Case Management Order ("CMO"), filed October 19, 2022 (Docket No. 21), the Court set February 6, 2023 as the last day to conduct a Settlement Conference, and February 10, 2023 as the last day to file a Joint Report Re: Results of Settlement Conference.  Plaintiff Michael Stokes (Plaintiff") and Defendant Avatar Club Los Angeles Inc. ("Defendant") have violated the Court's order by failing to file the Joint Report re: Results of Settlement Conference on or before February 10, 2023, and presumably by failing to complete the Settlement Conference by the Court ordered deadline of February 6, 2023.

     Accordingly, Plaintiff and Defendant are ordered to show cause in writing by **April 7, 2023** why the Court should not impose sanctions in the amount of $3,500.00 against each lead counsel for their violation of the Court's order.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  See Fed. R. Civ. P. 78; Local Rule 7-15.  The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the imposition of sanctions.

     IT IS SO ORDERED.